**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02554-BNB

GIORGIO DESHAUN RA'SHADD,

     Plaintiff,

v.

HILDA SOLIS, Secretary, US Department of Labor,
EARL WALKER, Regional Director OWCP, in his official capacity,
BRADY WHITE, District Director, in his official capacity,
CHERI OSTERHOUDT, Assistant District Director, in her official capacity,
PAULINE LYNCH, Operations Officer, in her official capacity,
LYN KIRKHAM, Supervisory Claims Examiner, in her official capacity,
RONNIE SANCHEZ, Supervisory Claims Examiner, in his official capacity, and
LYDIA TZAGALOFF, Attorney for the Agency, in her official capacity,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff's motion (ECF No. 7) filed on October 30, 2012, asking for an additional copy of the order to cure of October 23, 2012 (ECF No. 6), is GRANTED in part and DENIED in part.  The clerk of the Court is directed to mail to Plaintiff another copy of the October 23 order at his post office box address in Saint Petersburg, Florida.  The motion is denied to the extent Plaintiff asks for the duplicate copy to be mailed to an individual who is not a party to this lawsuit.  Plaintiff is directed to include his address on every document he files with the Court.  Plaintiff is advised that the October 23 order mailed to his post office box address in Saint Peterburg, Florida, has not been returned to the Court as undeliverable.

Dated:  October 31, 2012

---