IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02554-BNB

GIORGIO DESHAUN RA'SHADD,

    Plaintiff,

v.

HILDA SOLIS, Secretary, US Department of Labor,
EARL WALKER, Regional Director OWCP, in his official capacity,
BRADY WHITE, District Director, in his official capacity,
CHERI OSTERHOUDT, Assistant District Director, in her official capacity,
PAULINE LYNCH, Operations Officer, in her official capacity,
LYN KIRKHAM, Supervisory Claims Examiner, in her official capacity,
RONNIE SANCHEZ, Supervisory Claims Examiner, in his official capacity, and
LYDIA TZAGALOFF, Attorney for the Agency, in her official capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 2, 2013, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge