IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02554-PAB-BNB

GIORGIO DESHAUN RA'SHADD,

Plaintiff,

v.

THE UNITED STATES OF AMERICA;
HILDA L. SOLIS;
EARL MARTIN WALKER;
BRADY LESLIE STEVEN WHITE;
CHERYL E. "CHERI" OSTERHOUDT;
PAULINE "PAULIE" K. LYNCH;
LYN KIRKHAM;
RONNIE ROGER SANCHEZ; and
LYDIA TZAGALOFF;

Defendants.
_____

**ORDER**
_____

The plaintiff filed his initial pleading on September 26, 2012 [Doc. #1]. On November 28, 2012, he was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Doc. #12]. He filed his First Amended Title VII Complaint on November 21, 2012 [Doc. #10], and his Second Amended Title VII Complaint on December 21, 2012 [Doc. #13] (the "Second Amended Complaint"). On January 28, 2012, the Second Amended Complaint was stricken [Doc. #17], and the plaintiff was directed to submit a proposed third amended complaint. The plaintiff has submitted a Third Amended Complaint that complies with the court's order.

IT IS ORDERED:

(1)   The Third Amended Complaint is accepted for filing; and

(2)   The Clerk of the Court shall cause the United States Marshal to serve copies of the Third Amended Complaint and Summonses on the defendants.

Dated March 18, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge