UNITED STATES POSTAL SERVICE

Attn: Courtni
12-cv-2554-PAB-BNB

• Sender: Please print your name, address, and ZIP+4 in this box •

**United States District Court**
**901 - 19th Street, Room A105**
**Denver, CO 80294-3589**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2013

JEFFREY P. COLWELL
CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)      7011 1150 0001 8752 5668

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540