FILED
U.S. DISTRICT COURT
OF COLORADO

2013 APR 22 AM 10:48

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

RECEIVED 2013 APR -1 P 3:2

U.S. MARSHAL'S [...]
DISTRICT OF COLOR[...]

| | |
|---|---|
| **PLAINTIFF** Giorgio Deshaun Ra'Shadd | **COURT CASE NUMBER** 12-cv-02554-PAB-BNB #6 |
| **DEFENDANT** Cheryl E. "Cheri" Osterhoudt, et al., | **TYPE OF PROCESS** s/c |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Cheryl E. "Cheri" Osterhoudt, Former Assistant District Director, US Department of Labor, Division of Energy Employees Occupational Illness Compensation (DEEOIC), Office of Workers Compensation

ADDRESS (Street or RFD, Apartment No., City State and Zip Code)
Home Address: 18069 Morning Harvest Dr., Longmont, CO 80504
Business Address: Long's Insurance Agency, 18069 Morning Harvest Dr., Frederick, CO 80504

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Giorgio Deshaun Ra'Shadd
PO Box 47514
Saint Petersburg, FL 33743

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Personal Service: Please note dual addresses - one home, one business address

| | | | |
|---|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of: s/ C. Covington Deputy Clerk | X PLAINTIFF ___ DEFENDANT | TELEPHONE NUMBER 303-844-3433 | DATE 4/1/2013 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 13 | District to Serve No. 13 | Signature of Authorized USMS Deputy or Clerk Pam Elanton | Date 4-1-13 |
|---|---|---|---|---|---|

I hereby certify and return that I _X_ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ___ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) 8069 Morning Harvest Dr. Frederick, Co 80504 | Date of Service 4/16/13 | Time 2:05 pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy | |

| Service Fee 110.00 | Total Mileage Charges (including endeavors) 30.62 | Forwarding Fee | Total Charges 140.62 | Advance Deposits | Amount owed to U.S. Marshal or 140.62 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 2 hrs = 110.00
Mileage: 27.1 x 2 x 0.505 = 30.62

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)