## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Philip A. Brimmer

Civil Action No. 12-cv-02554-PAB-BNB

GIORGIO DESHAUN RA'SHADD,

    Plaintiff,

v.

HILDA SOLIS, Secretary, US Department of Labor,
EARL WALKER, Regional Director OWCP, in his official capacity,
BRADY WHITE, District Director, in his official capacity,
CHERI OSTERHOUDT, Assistant District Director, in her official capacity,
PAULINE LYNCH, Operations Officer, in her official capacity,
LYN KIRKHAM, Supervisory Claims Examiner, in her official capacity,
RONNIE SANCHEZ, Supervisory Claims Examiner, in his official capacity, and
LYDIA TZAGALOFF, Attorney for the Agency, in her official capacity,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered in this case, and the Order Accepting Magistrate Judge's Recommendation, entered by the Honorable Philip A. Brimmer, United States District Judge, on September 5, 2013,

IT IS ORDERED that the Recommendation of the United States Magistrate Judge [Docket No. 50] is ACCEPTED.

IT IS FURTHER ORDERED that Judgment is entered for Defendants and against the Plaintiff and the action and Complaint are DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 6th day September, 2013.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
Edward P. Butler, Deputy Clerk